UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SCHWARTZ SIMON EDELSTEIN
CELSO & KESSLER LLC
44 Whippany Road, Suite 210
P.O. Box 2355
Morristown, New Jersey 07962-2355
(973) 301-0001
Attorneys for Defendants, The City of Newark,
Newark Police Department, Garry F. McCarthy,
Kurt R. Ebler, and Richard Cuccolo

---

LOUIS WOHLTMAN,

    Plaintiff,

vs.

THE CITY OF NEWARK, NEWARK
POLICE DEPARTMENT, ANTHONY
AMBROSE, GARRY F. MCCARTHY,
KURT R. EBLER, RICHARD
CUCCOLO, AND JOHN DOES 1-10,

    Defendants.

CIVIL ACTION NO. 07-cv-5871(JAG)

**CONSENT ORDER**

---

**THIS MATTER** having been brought before the Court by Schwartz Simon Edelstein Celso & Kessler, LLC, attorneys for defendants The City of Newark, Newark Police Department, Garry F. McCarthy, Kurt R. Ebler, and Richard Cuccolo (collectively "Defendants"), upon the consent of the undersigned parties; for an Order extending the sixty (60) day period set forth in the February 6, 2009 Order of this Court; and the Court having considered the papers submitted, and the arguments of counsel, and good cause having been shown;

{00405279; 1}

IT IS on this _____ day of _____, 2008;

**ORDERED** that the sixty (60) day period set forth in the February 6, 2009 Order of this Court is hereby extended for an additional period of thirty (30) days; and it if further

**ORDERED** that the remaining terms of the February 6, 2009 Order of this Court remain in full force and effect.

_____
JOSEPH A. GREENAWAY, JR. U.S.D.J.

The undersigned consent to the form and entry of the within Order.

BARRY, CORRADO, GRASSI
& GIBSON, P.C.
Attorneys for Plaintiff, Louis Wohltman

By: _____
Frank L. Corrado, Esq.
Dated: 3/28/09

SCHWARTZ SIMON EDELSTEIN
CELSO & KESSLER, LLC
Attorneys for Defendants,
The City of Newark, Newark Police Department, Garry F. McCarthy, Kurt R. Ebler, and Richard Cuccolo

By: _____
Nuris E. Portuondo, Esq.
Dated:

JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS
Attorneys for Plaintiff, Louis Wohltman

By: _____
Rubin Sinins, Esq.
Dated:

ERIC PENNINGTON, PC
Attorneys for Defendant,
Anthony Ambrose

By: _____
Basem Ramadan, Esq.
Dated:

{00405279;1}

IT IS on this _____ day of _____, 2008;

**ORDERED** that the sixty (60) day period set forth in the February 6, 2009 Order of this Court is hereby extended for an additional period of thirty (30) days; and it if further

**ORDERED** that the remaining terms of the February 6, 2009 Order of this Court remain in full force and effect.

```
                                    _____
                                    JOSEPH A. GREENAWAY, JR. U.S.D.J.
```

The undersigned consent to the form and entry of the within Order.

BARRY, CORRADO, GRASSI & GIBSON, P.C.
Attorneys for Plaintiff, Louis Wohltman

By:_____
    Frank L. Corrado, Esq.

Dated:

SCHWARTZ SIMON EDELSTEIN CELSO & KESSLER, LLC
Attorneys for Defendants,
The City of Newark, Newark Police Department, Garry F. McCarthy, Kurt R. Ebler, and Richard Cuccolo

By:_____
    Nuris E. Portuondo, Esq.

Dated:

JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS
Attorneys for Plaintiff, Louis Wohltman

By:_/s/_____
    Rubin Sinins, Esq.

Dated: 3/23/09

ERIC PENNINGTON, PC
Attorneys for Defendant,
Anthony Ambrose

By:_____
    Basem Ramadan, Esq.

Dated:

{00405279; 1}

IT IS on this _____ day of _____, 2008;

**ORDERED** that the sixty (60) day period set forth in the February 6, 2009 Order of this Court is hereby extended for an additional period of thirty (30) days; and it if further

**ORDERED** that the remaining terms of the February 6, 2009 Order of this Court remain in full force and effect.

                                                                    _____
                                                                    JOSEPH A. GREENAWAY, JR. U.S.D.J.


The undersigned consent to the form and entry of the within Order.


BARRY, CORRADO, GRASSI
& GIBSON, P.C.
Attorneys for Plaintiff, Louis Wohltman

By:_____
      Frank L. Corrado, Esq.

Dated:


SCHWARTZ SIMON EDELSTEIN
CELSO & KESSLER, LLC
Attorneys for Defendants,
The City of Newark, Newark Police Department, Garry F. McCarthy, Kurt R. Ebler, and Richard Cuccolo

By:_____
      Nuris E. Portuondo, Esq.

Dated: 3/30/09


JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS
Attorneys for Plaintiff, Louis Wohltman

By:_____
      Rubin Sinins, Esq.

Dated:


ERIC PENNINGTON, PC
Attorneys for Defendant,
Anthony Ambrose

By:_____
      Basem Ramadan, Esq.

Dated:

{00405279; 1}

IT IS on this _____ day of _____, 2008;

**ORDERED** that the sixty (60) day period set forth in the February 6, 2009 Order of this Court is hereby extended for an additional period of thirty (30) days; and it if further

**ORDERED** that the remaining terms of the February 6, 2009 Order of this Court remain in full force and effect.

_____
JOSEPH A. GREENAWAY, JR. U.S.D.J.

The undersigned consent to the form and entry of the within Order.

BARRY, CORRADO, GRASSI
& GIBSON, P.C.
Attorneys for Plaintiff, Louis Wohltman

By:_____
Frank L. Corrado, Esq.

Dated:

SCHWARTZ SIMON EDELSTEIN
CELSO & KESSLER, LLC
Attorneys for Defendants,
The City of Newark, Newark Police Department, Garry F. McCarthy, Kurt R. Ebler, and Richard Cuccolo

By:_____
Nuris E. Portuondo, Esq.

Dated:

JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS
Attorneys for Plaintiff, Louis Wohltman

By:_____
Rubin Sinins, Esq.

Dated:

ERIC PENNINGTON, PC
Attorneys for Defendant,
Anthony Ambrose

By:_____
Basem Ramadan, Esq.

Dated: 3-27-09

{00405279; 1}